FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 8 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01092-BNB

ROBERT HILLS,

    Plaintiff,

v.

NO NAMED DEFENDANT,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Robert Hills, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary-Victorville at the Federal Correctional Complex in Adelanto, California. He initiated the instant action by submitting to and filing with the Court *pro se* a letter to Chief Judge Wiley Y. Daniel. The Court reviewed the letter and determined it was deficient. Therefore, on April 29, 2011, Magistrate Judge Boyd N. Boland directed Mr. Hills to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The April 29 order pointed out that Mr. Hills failed to submit either the $350.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. The order also pointed out that Mr. Hills failed to submit a Prisoner Complaint. The order directed the clerk of the Court to mail to Mr. Hills the proper, Court-approved forms for filing a complaint and for seeking

leave to proceed pursuant to § 1915, and warned him that, if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without prejudice and without further notice.

Mr. Hills has failed within the time allowed to cure the deficiencies listed in the April 29 order or otherwise to communicate with the Court in any way. Therefore, the action will be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with a Court order and cure the designated deficiencies as directed within the time allowed and for failure to prosecute. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Robert Hills, within the time allowed, to cure the deficiencies designated in the order to cure of April 29, 2011, and for his failure to prosecute.

DATED at Denver, Colorado, this __8th__ day of ___June___, 2011.

BY THE COURT:


___s/Lewis T. Babcock___
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01092-BNB

Robert Hills
Reg. No. 09212-097
FCI Adelanto
PO Box 5300
Adelanto, CA 92301

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 8, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk